Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone: (973) 993-8100
Facsimile: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc.,*
*Aristotle Merger Sub, Inc., Aristotle Holding, Inc.*
*and Plato Merger Sub, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF)<br><br>**CERTIFICATION OF JOSEPH P. LA SALA IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>**ORAL ARGUMENT REQUESTED** |

JOSEPH P. LA SALA hereby certifies that:

1. I am a member of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendants Express Scripts, Inc., Aristotle Merger Sub, Inc., Aristotle Holding, Inc. and Plato Merger Sub, Inc. (collectively, "Express Scripts") in the above-captioned action. I submit this Certification in opposition to Plaintiff's Motion for Class Certification.

2. I have attached hereto as Exhibit A, Order Granting Motion for Appointment of Lead Plaintiffs, for Appointment of Co-Lead and Liaison Counsel and Class Certification in *In*

*re Medco Health Solutions, Inc. S'holders Litig.*, C.A No. 6720-CS (Del. Ch.), dated August 23, 2011.

    3.    I have attached hereto as Exhibit B, *In re Medco Health Solutions, Inc. S'holders Litig.*, C.A. No. 6720-CS (Del. Ch. Aug. 11, 2011) (TRANSCRIPT)

    4.    I have attached hereto as Exhibit C, *In re Medco Health Solutions, Inc. S'holders Litig.*, C.A. No. 6720-CS (Del. Ch. Aug. 23, 2011) (TRANSCRIPT).

    5.    I have attached hereto as Exhibit D, Affidavit of Philip C. Smith on Support of Motion for Appointment of Lead Plaintiffs and Co-Lead and Liaison Counsel and Class Certification of Plaintiffs Labourers' Pension Fund of Central and Eastern Canada, Gila Heimowitz, and Michael Waber.

    6.    I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2011

                                            */s/ Joseph P. La Sala*
                                                Joseph P. La Sala