Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
  CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Tel.: (973) 993-8100
Fax: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc. and Plato Merger Sub, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC)<br><br>**CERTIFICATE OF SERVICE** |

I, Joseph P. La Sala, Esq., certify that on September 6, 2011, I served true and accurate copies of the Express Scripts' Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification, the September 6, 2011 Certification of Joseph P. LaSala, Esq. in Opposition to Plaintiff's Motion For Class Certification with Exhibits A-D, and this Certificate of Service upon all counsel of record in accordance with the Federal Rules of Civil Procedure and the electronic filing rules of the United States District Court, District of New Jersey.


Dated: September 6, 2011            */s/ Joseph P. La Sala*
                                    Joseph P. La Sala