## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA**
JOHN A. BOYLE*
ROSEANN BASSLER DAL PRA*

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425

*ALSO ADMITTED IN NEW YORK
†ALSO ADMITTED IN PENNSYLVANIA
kmarino@khmarino.com

September 6, 2011

**VIA ECF AND REGULAR MAIL**

Hon. Dennis M. Cavanaugh, U.S.D.J.
United States Post Office and Courthouse Building
Federal Square, Courtroom 4
Newark, New Jersey 07101

> Re:     In re Medco/Express Scripts Merger Litigation
>            Civil Action No. 11-4211 (DMC)

Dear Judge Cavanaugh:

Medco Health Solutions, Inc. and its individually-named directors respectfully join in the arguments contained in Express Scripts' memorandum of this date opposing Plaintiff's August 18, 2011 motion for class certification.

Thank you for your consideration of this submission.

Respectfully yours,

Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425

*Attorneys for Defendant Medco Health Solutions*

OF COUNSEL:

John L. Hardiman
Brian T. Frawley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

cc:     All Counsel on Attached List

*In re Medco/Express Scripts Merger Litigation*
Civil Action No. 2:11-cv-4211 (DMC/MF)

## SERVICE LIST

| | |
|---|---|
| James E. Cecchi, Esq. | Robert J. Del Tufo, Esq. |
| *JCecchi@carellabyrne.com* | *Robert.DelTufo@skadden.com* |
| Lindsey Taylor, Esq. | Andrew Muscato, Esq. |
| *LTaylor@carellabyrne.com* | *AMuscato@skadden.com* |
| Donald Ecklund, Esq. | SKADDEN, ARPS, SLATE, MEAGHER |
| *DEcklund@carellabyrne.com* | & FLOM, LLP |
| CARELLA, BYRNE, CECCHI, | Four Times Square |
| OLSTEIN, BRODY & AGNELLO, P.C. | New York, NY 10036 |
| 5 Becker Farm Road | Tel: (212) 735-3880 |
| Roseland, NJ 07068-1739 | Fax: (202) 434-5029 |
| Tel: (973) 994-1700 | |
| Fax: (973) 994-1744 | Edward P. Welch, Esq. |
| | *Edward.Welch@skadden.com* |
| Mark Lebovitch, Esq. | Edward B. Micheletti, Esq. |
| *MarkL@blbglaw.com* | *Edward.Micheletti@skadden.com* |
| Brett Middleton, Esq. | SKADDEN, ARPS, SLATE, MEAGHER |
| *BrettM@blbglaw.com* | & FLOM, LLP |
| Jeremy Friedman, Esq. | One Rodney Square |
| *JeremyF@blbglaw.com* | P.O. Box 636 |
| BERNSTEIN LITOWITZ BERGER | Wilmington, DE 19899 |
| & GROSSMANN LLP | Tel: (302) 651-3000 |
| 1285 Avenue of the Americas | Fax: (302) 651-3001 |
| New York, NY 10019 | |
| Tel: (212) 554-1400 | *Counsel for Express Scripts, Inc.* |
| Fax: (212) 554-1444 | |
| | |
| Jay W. Eisenhofer, Esq. | |
| *jeisenhofer@gelaw.com* | |
| Michael Barry, Esq. | |
| *mbarry@gelaw.com* | |
| GRANT & EISENHOFER P.A. | |
| 1201 N. Market Street | |
| Wilmington, Delaware 19801 | |
| Tel: (302) 622-7000 | |
| Fax: (302) 622-7100 | |
| | |
| *Counsel for Plaintiffs* | |

John L. Hardiman, Esq.
*HardimanJ@sullcrom.com*
Brian T. Frawley, Esq.
*FrawleyB@sullcrom.com*
David M. Sollors, Esq.
*SollorsD@sullcrom.com*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel:  (212) 558-4000
Fax: (212) 558-3588

*Counsel for Medco Health Solutions, Inc.,
Howard W. Barker, Jr., John L. Cassis,
Michael Goldstein, Charles M. Lillis,
Myrtle S. Potter, William L. Roper, David
B. Snow, Jr., David D. Stevens and Blenda
J. Wilson*