James E. Cecchi
Lindsey H. Taylor
CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211(DMC)(MF)<br><br>REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u> |

Request is made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

                        CARELLA, BYRNE, CECCHI,
                        OLSTEIN, BRODY & AGNELLO
                        Attorneys for Plaintiffs


                        By:   /s/ Lindsey H. Taylor
                              LINDSEY H. TAYLOR

Dated: September 7, 2011

2

PRO HAC VICE ATTORNEY INFORMATION:

Name: Ann K. Ritter

Address: MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina  29464

e-Mail: aritter@motleyrice.com

Name: William S. Norton

Address: MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina  29464

e-Mail: bnorton@motleyrice.com

Name: Joshua A. Littlejohn

Address: MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina  29464

e-Mail: jlittlejohn@motleyrice.com