# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | MARC D. MICELI |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | RAYMOND E. STAUFFER° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | ERIC MAGNELLI |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | DONALD A. ECKLUND |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | VINCENZO M. MOGAVERO |
| | G. GLENNON TROUBLEFIELD | | | AUDRA E. PETROLLE |
| | BRIAN H. FENLON | | | °MEMBER N.Y. BAR ONLY |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

September 9, 2011

<u>**VIA ECF**</u>

Honorable Dennis M. Cavanaugh
United States District Judge
United States Post Office and Courthouse Building
Newark, New Jersey 07101-0999

      Re:   <u>*In re: Medco/Express Scripts Merger Litigation*</u>
             <u>Civil Action No. 11-4211 (DMC)</u>

Dear Judge Cavanaugh:

    This firm, along with Grant & Eisenhofer and Bernstein Litowitz Berger & Grossmann LLP, are co-lead counsel in the above captioned consolidated actions. We wish to advise the Court that Defendants have consented to Plaintiffs' filing their reply papers in further support of class certification on Tuesday, September 13. Under the Local Rules, our papers would ordinarily be due on Monday, September 12. However, due to the Labor Day holiday, Defendants' opposition papers were filed on Tuesday, September 6. The agreed extension gives Plaintiffs the seven days to file reply papers otherwise allowed under Local Rules.

    Thank you for your continued attention to this matter. If the Court has any questions, we are available that the Court's convenience.

                                 Respectfully submitted,

                                 CARELLA, BYRNE, CECCHI,
                                 OLSTEIN, BRODY & AGNELLO

                                 /s/ Lindsey H. Taylor

                                 LINDSEY H. TAYLOR

cc:    All Counsel (via ECF)