| | |
|---|---|
| Kevin H. Marino<br>John D. Tortorella<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>Tel: (973) 824-9300<br>Fax: (973) 824-8425 | John L. Hardiman<br>Brian T. Frawley<br>David M. Sollors<br>Matthew J. Porpora<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>Tel: (212) 558-4000<br>Fax: (212) 558-3588 |

*Attorneys for Defendants Medco Health Solutions, Inc.,*
*Howard W. Barker, Jr., John L. Cassis, Michael Goldstein,*
*Charles M. Lillis, Myrtle S. Potter, William L. Roper,*
*David B. Snow, Jr., David D. Stevens and Blenda J. Wilson*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | ) ) ) | Hon. Dennis M. Cavanaugh |
| MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | ) ) ) ) ) ) | Civil Action No. 11 Civ. 4211 (DMC/MF)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that John D. Tortorella of Marino, Tortorella & Boyle, P.C., hereby enters his appearance as counsel of record for Defendants Medco Health Solutions, Inc., Howard W. Barker, Jr., John L. Cassis, Michael Goldstein, Charles M. Lillis, Myrtle S. Potter, William L. Roper, David B. Snow, Jr., David D. Stevens and Blenda J. Wilson in this matter.

| | |
|---|---|
| Dated: September 23, 2011<br>         Chatham, New Jersey | MARINO, TORTORELLA & BOYLE, P.C.<br><br>BY:  /s/ John D. Tortorella<br>         John D. Tortorella |