# M<span>c</span>Elroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

JOSEPH P. LA SALA
Direct dial: (973) 425-8749
jlasala@mdmc-law.com

September 26, 2011

**VIA ECF AND HAND DELIVERY**

Hon. Dennis M. Cavanaugh, United States District Judge
Hon. Mark Falk, United States Magistrate Judge
United States Post Office and Courthouse Building
Federal Square
Newark, New Jersey 07101

    Re:    **Louisiana Municipal Police Employees' Retirement System v. Medco Health Solutions, Inc. et al., Civil Action No. 11-4211 (DMC(MF))**

Dear Judge Cavanaugh and Magistrate Judge Falk:

    We represent Defendant Express Scripts, Inc. and Plato Merger Sub, Inc. (collectively "Express Scripts") in this matter. Express Scripts respectfully submits this letter in response to Plaintiffs' September 23, 2011 letter to Magistrate Judge Falk requesting the Court order expedited discovery.

    In their letter, Plaintiffs fail to acknowledge that their application for expedited discovery is opposed. Express Scripts filed its opposition brief on August 8, 2011, and the matter is presently pending disposition. In addition, Plaintiffs fail to acknowledge that Express Scripts moved for certification of an interlocutory appeal of the Court's September 19, 2011 Order denying defendants' motions to dismiss and stay. In connection therewith, Express Scripts requested a stay of all proceedings pending appeal.

    Express Scripts respectfully requests that oral argument on these pending motions take place before Plaintiffs' application for expedited discovery is addressed.

    Thank you for your consideration of this letter.

    Respectfully,

    */s/ Joseph P. La Sala*

    Joseph P. La Sala