James E. Cecchi
Lindsey H. Taylor
CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211(DMC)(MF)<br><br>REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u> |

Request is made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                              CARELLA, BYRNE, CECCHI,
                                              OLSTEIN, BRODY & AGNELLO
                                              Attorneys for Plaintiffs


                                              By:   /s/ Lindsey H. Taylor
                                                      LINDSEY H. TAYLOR

Dated: October 5, 2011

2

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Amy Miller

Address:    BERNSTEIN LITOWITZ BERGER
            & GROSSMANN LLP
            1285 Avenue of the Americas
            New York, NY 10019

e-mail:     amy@blbglaw.com

2