Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone: (973) 993-8100
Facsimile: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc.,*
*Aristotle Merger Sub, Inc., Aristotle Holding, Inc.*
*and Plato Merger Sub, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF)<br><br>**CERTIFICATION OF**<br>**JOSEPH P. LA SALA** |

JOSEPH P. LA SALA hereby certifies that:

1.  I am a member of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendants Express Scripts, Inc., Aristotle Merger Sub, Inc., Aristotle Holding, Inc. and Plato Merger Sub, Inc. (collectively, "Express Scripts") in the above-captioned action. I submit this Certification in support of Express Scripts' Reply Memorandum of Law in Support of Its Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and Stay Pending Appeal.

2.  I have attached hereto as Exhibit A, *In re Compellent Techs., Inc. S'holder Litig.*, C.A No. 6084-VCL, dated January 13, 2011 (Transcript).

2

    3.      I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2011

                                                            */s/ Joseph P. La Sala*  
                                                               Joseph P. La Sala