Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
  CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Tel.: (973) 993-8100
Fax: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc. and Plato Merger Sub, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC)<br><br>**CERTIFICATE OF SERVICE** |

I, Joseph P. La Sala, Esq., certify that on October 11, 2011, I served true and accurate copies of the Express Scripts' Reply Memorandum of Law in Support of its Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and Stay Pending Appeal, the October 11, 2011 Certification of Joseph P. La Sala, Esq. in Further Support of its Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and Stay Pending Appeal with Exhibit A, and this Certificate of Service upon all counsel of record in accordance with the Federal Rules of Civil Procedure and the electronic filing rules of the United States District Court, District of New Jersey.

Dated: October 11, 2011      */s/ Joseph P. La Sala*
                             Joseph P. La Sala