# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | RAYMOND E. STAUFFER° |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | ERIC MAGNELLI |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | AUDRA E. PETROLLE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | MEGAN A. NATALE |
| | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| | BRIAN H. FENLON | | | °MEMBER N.Y. BAR ONLY |
| | LINDSEY H. TAYLOR | | | |
| JAMES D. CECCHI (1933-1995) | | | | |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

October 18, 2011

<u>**VIA ECF**</u>

Honorable Mark Falk
United States Magistrate Judge
United States Post Office and Courthouse Building
Newark, New Jersey 07101-0999

    Re: *In re: Medco/Express Scripts Merger Litigation*
       Civil Action No. 11-4211 (DMC)

Dear Judge Falk:

  This firm, along with Grant & Eisenhofer and Bernstein Litowitz Berger & Grossmann LLP, are co-lead counsel in the above captioned consolidated actions. Please find enclosed two letters which were recently filed with the Delaware action which we believe are important to consider with respect to the scheduling issues to be discussed on the conference call this morning at 11 a.m.

  Thank you for your continued attention to this matter.

          Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
         OLSTEIN, BRODY & AGNELLO

          /s/ James E. Cecchi

          JAMES E. CECCHI

cc: All Counsel (via ECF)