Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone: (973) 993-8100
Facsimile: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc.,
Aristotle Merger Sub, Inc., Aristotle Holding, Inc.
and Plato Merger Sub, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF)<br><br>**EXPRESS SCRIPTS' MOTION FOR EXPEDITED RULING ON ITS MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND STAY PENDING APPEAL, AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION DATE: NOVEMBER 21, 2011** |

TO:   James E. Cecchi, Esq.
      Lindsey H. Taylor, Esq.
      CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO
      5 Becker Farm Road
      Roseland, NJ  07068

      *Attorneys for Plaintiff Louisiana Municipal
      Police Employees' Retirement System*

COUNSEL:

PLEASE TAKE NOTICE that on November 21, 2011 or as soon as counsel may be

heard, Defendants Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc. and

Plato Merger Sub, Inc. (collectively, "Express Scripts"), through their undersigned attorneys, shall move for an expedited ruling on (i) its motion pursuant to 28 U.S.C. § 1292(b) for an order certifying for interlocutory appeal this Court's order, dated September 19, 2011 (the "Order") denying Defendants' motions to dismiss the Amended Complaint and stay this litigation in favor of virtually identical litigation pending in Delaware, where a class of Medco shareholders has already been certified, and staying this action pending resolution of the appeal (Dkt. 56), and (ii) Plaintiffs' motion for class certification (Dkt. 39) (collectively, the "Motions").

PLEASE TAKE FURTHER NOTICE that in support of its motion, Express Scripts will rely on Express Scripts' Memorandum of Law in Support of Its Motion for Expedited Ruling On Its Motion For Certification Of Interlocutory Appeal And Stay Pending Appeal, and Plaintiffs' Motion For Class Certification, the Certification of Joseph P. La Sala in support of Express Scripts' Motion for Expedited Ruling On Its Motion For Certification Of Interlocutory Appeal And Stay Pending Appeal, and Plaintiffs' Motion For Class Certification and exhibits thereto; and such other papers as may be filed in support of this motion.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

| | |
|---|---|
| Robert J. Del Tufo<br>Andrew Muscato<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY  10036<br>Tel: (212) 735-3000<br>Robert.DelTufo@skadden.com<br>Andrew.Muscato@skadden.com | Respectfully submitted,<br><br>*/s/ Joseph P.  La Sala*<br>Joseph P. La Sala<br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ  07962-2075<br>Tel.:  (973) 993-8100<br>Fax:  (973) 425-0161<br>Jlasala@mdmc-law.com |

OF COUNSEL:

Edward P. Welch
Edward B. Micheletti
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636    *Attorneys for Defendants Express Scripts,*
Tel.:  (302) 651-3000    *Inc., Aristotle Holding, Inc., Aristotle Merger*
Fax:  (302) 651-3001    *Sub, Inc. and Plato Merger Sub, Inc.*

DATED:  October 25, 2011