Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone: (973) 993-8100
Facsimile: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc.,
Aristotle Merger Sub, Inc., Aristotle Holding, Inc.
and Plato Merger Sub, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF)<br><br>**ORAL ARGUMENT REQUESTED** |

JOSEPH P. LA SALA, Esq. hereby certifies that:

1. I am a member of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendants Express Scripts, Inc., Aristotle Merger Sub, Inc., Aristotle Holding, Inc. and Plato Merger Sub, Inc. (collectively, "Express Scripts") in the above-captioned action. I submit this Certification in support of Express Scripts' motion for Expedited Ruling on its Motion for Certification of Interlocutory Appeal and Stay Pending Appeal, and Plaintiffs' Motion for Class Certification.

2. I have attached hereto as Exhibit A the transcript of the October 21. 2011 Scheduling Office Conference in *In re Medco Health Solutions, Inc. S'holders Litig.*, Consol. C.A. No. 6720-CS (Del. Ch. Oct. 21, 2011).

3. I have attached hereto as Exhibit B a proposed stipulated order of case management in *In re Medco Health Solutions, Inc. S'holders Litig.*, Consol. C.A. No. 6720-CS (Del. Ch.).

4. I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2011

                                           */s/ Joseph P. La Sala*
                                             Joseph P. La Sala