# EXHIBIT B

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

————————————————————— x
:
IN RE MEDCO HEALTH SOLUTIONS, INC.    :    <u>Cons. C.A. No. 6720-CS</u>
SHAREHOLDERS LITIGATION               :
:
————————————————————— x

### [PROPOSED] STIPULATED ORDER OF CASE MANAGEMENT

**IT IS HEREBY STIPULATED AND AGREED** this ___ day of October, 2011, that the following schedule shall govern the proceedings in the above-captioned action:

| | |
|---|---|
| Plaintiffs' Filing of Consolidated Amended Complaint | On or before October 26, 2011 |
| Production of core documents (i.e. board minutes, presentations, banker materials, and drafts of merger agreements) | On or before October 28, 2011 |
| Substantial Completion of Agreed Upon Document Production | On or before November 8, 2011 |
| Fact and Expert Depositions | Commence on or after November 8, 2011 and shall be completed on or before November 21, 2011. |
| Filing of Plaintiffs' Opening Brief in Support Of Motion For Preliminary Injunction (and Any Supporting Affidavits) | On or before November 23, 2011, at 5:00 p.m. |
| Filing of Defendants' Answering Briefs in Opposition to Plaintiffs' Motion for Preliminary Injunction (and Any Supporting Affidavits) | On or before November 28, 2011, at 3:00 p.m. |
| Filing of Plaintiffs' Reply Brief in Support of Motion for Preliminary Injunction (and Any Supporting Affidavits) | On or before November 30, 2011, at 5:00 p.m. |

| Hearing on Plaintiffs' Motion for Preliminary Injunction | December 6, 2011 at 9:00 a.m. |

    a.    The parties shall coordinate discovery in this action and in the action titled *In re Medco/Express Scripts Merger Litigation*, Civil Action No. 11-4211(DMC)(MF), currently pending in the United States District Court for the District of New Jersey (the "Federal Action"), such that, so long as discovery proceeds in the Federal Action, all documents produced by defendants in either action are available to plaintiffs in both actions and individual witnesses are not deposed on separate occasions in both actions prior to the preliminary injunction hearing in this action.

    b.    Except for the dates for Plaintiffs' Reply Brief in Support of Motion for Preliminary Injunction and for the Hearing on Plaintiff's Motion for Preliminary Injunction, the dates set forth above may be modified by agreement of the parties.

    c.    No evidence by way of affidavit or declaration shall be submitted in support of plaintiffs' motion for a preliminary injunction or in opposition thereto without affording a full opportunity for deposition of the affiant or declarant.

SO STIPULATED:

/s/ Christine S. Azar
Christine S. Azar (ID No. 4170)
LABATON SUCHAROW LLP
300 Delaware Avenue
Suite 1225
Wilmington, DE 19801
Tel: (302) 573-2530
Fax: (302) 573-2529

OF COUNSEL:

ROBBINS GELLER RUDMAN &
  DOWD LLP
Samuel H. Rudman
Mark S. Reich
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Randall J. Baron
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
(619) 231-1058

*Plaintiffs Co-Lead Counsel*

/s/ Joel Friedlander
Joel Friedlander (ID No. 3163)
BOUCHARD MARGULES &
FRIEDLANDER, P.C.
222 Delaware Avenue, Suite 400
Wilmington, Delaware 19801
Tel: (302) 573-3500
Fax: (302) 573-3501

*Plaintiffs' Liason Counsel*

/s/ Edward P. Welch
Edward P. Welch (ID No. 671)
Edward B. Micheletti (ID No. 3794)
Joseph O. Larkin (ID No. 4883)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
Fax: (302) 651-3001

*Attorneys for Defendants Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc. and Plato Merger Sub, Inc.*

/s/ Jon E. Abramczyk
Jon E. Abramczyk (ID No. 2432)
McKinley D. Measley (ID No. 5108)
MORRIS, NICHOLS, ARSHT &
TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel: (302) 658-9200
Fax: (302) 658-3989

OF COUNSEL:

John L. Hardiman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

*Attorneys for Defendants Medco Health Solutions, Inc., David B. Snow, Jr., Michael Goldstein, Howard W. Barker, Jr., John L. Cassis, Charles M. Lillis, Myrtle Potter, William L. Roper, David D. Stevens, and Blenda J. Wilson*

3

SO ORDERED this _____ day of October, 2011:

_____
Chancellor Leo E. Strine