Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone: (973) 993-8100
Facsimile: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc.,*
*Aristotle Merger Sub, Inc., Aristotle Holding, Inc.*
*and Plato Merger Sub, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court upon the motion of Defendants Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc. and Plato Merger Sub, Inc. (collectively, "Express Scripts"), by and through its counsel, McElroy, Deutsch, Mulvaney & Carpenter LLP, for an Expedited Ruling on (1) Express Scripts' motion to certify the September 19, 2011 Opinion and Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and staying this action pending resolution of the appeal (Dkt. 56), and (2) Plaintiffs' Motion for Class Certification (Dkt. 39) (collectively, the "Motions"); and good cause having been shown,

**IT IS** on this _____ day of _____, 2011

**ORDERED** that Express Scripts' Motion For An Expedited Ruling on the Motions is GRANTED, and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel within seven (7) days of the date hereof.

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.