Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
 CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Tel.: (973) 993-8100
Fax: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc. and Plato Merger Sub, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC)<br><br>**CERTIFICATE OF SERVICE** |

I, Joseph P. La Sala, Esq., certify that on October 25, 2011, I served true and accurate copies of Express Scripts' Motion for Expedited Ruling on its Motion for Certification of Interlocutory Appeal and Stay Pending Appeal, and Plaintiffs' Motion for Class Certification, and Proposed Order; Express Scripts' Memorandum of Law in Support of its Motion for Expedited Ruling on its Motion for Certification of Interlocutory Appeal and Stay Pending Appeal, and Plaintiffs' Motion for Class Certification; the October 25, 2011 Certification of Joseph P. La Sala, Esq. in Support of Express Scripts' Motion for Expedited Ruling on its Motion for Certification of Interlocutory Appeal and Stay Pending Appeal, and Plaintiffs' Motion for Class Certification, with Exhibits A & B; and this Certificate of Service upon all counsel of

record in accordance with the Federal Rules of Civil Procedure and the electronic filing rules of

the United States District Court, District of New Jersey.


Dated: October 25, 2011                              */s/ Joseph P. La Sala*
                                                     Joseph P. La Sala