NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | |
| | : | |
| | : | **Hon. Dennis M. Cavanaugh** |
| In re Medco/Express Scripts Merger Litigation | : | |
| | : | **ORDER** |
| | : | |
| | : | Civil Action 2:11-cv-4211(DMC)(MF) |
| | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before this Court upon the Motion of Defendant Express Scripts ("Defendant") for expedited ruling on its motion for certification of interlocutory appeal and stay pending appeal as well as Plaintiff Louisiana Municipal Police Employees Retirement System's ("LAMPERS") motion for class certification ("Defendant's Motion").  The motion was filed on October 25, 2011.  (ECF No. 84).  The Court having considered the submissions and arguments in support of Defendant's Motion, and based upon the following;

**WHEREAS** Plaintiff's motion seeking class certification is presently under consideration by this Court, and as a result of this Court's busy motion calendar will be ruled upon in due course;

**WHEREAS** this Court has previously ruled upon Defendant's motion for certification of interlocutory appeal (GRANTED), and stay pending appeal (DENIED) (ECF No. 85);

1

IT IS on this 26th day of October, 2011

**ORDERED** that Defendant's Motion seeking an expedited ruling is hereby **DENIED**.


Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk's Office
cc:           Hon. Mark Falk, U.S.M.J.
              All Counsel of Record
              File