# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | ____ | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | °MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

November 7, 2011

<u>VIA ECF</u>

Honorable Dennis M. Cavanaugh
United States District Judge
United States Post Office and Courthouse Building
Newark, New Jersey 07101-0999

   Re: *In re: Medco/Express Scripts Merger Litigation*
     Civil Action No. 11-4211 (DMC)(MF)

Dear Judge Cavanaugh:

  This firm, along with Grant & Eisenhofer and Bernstein Litowitz Berger & Grossmann LLP, are co-lead counsel in the above-captioned consolidated actions. We wish to advise the Court that the parties have reached a settlement of the above matter. The settlement is subject to approval of the boards of directors of Medco and Express Scripts, and we have been advised that they will both be meeting this evening to vote on approving the settlement.

  In light of the foregoing, we respectfully request that the Court hold the matter in abeyance in order to allow the respective boards of directors time to consider and vote on the settlement.

  Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

          Respectfully submitted,

          CARELLA, BYRNE, CECCHI,
          OLSTEIN, BRODY & AGNELLO

          /s/ James E. Cecchi

          JAMES E. CECCHI

cc: All Counsel (via ECF)