| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>Jay W. Eisenhofer<br>Michael Barry<br>Caitlin Moyna<br>GRANT & EISENHOFER P.A.<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 622-7000 | Gerald Silk<br>Mark Lebovitch<br>Brett M. Middleton<br>Jeremy Friedman<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400 |

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC)<br><br>**NOTICE OF MOTION** |

To:   All Counsel of Record

COUNSEL:

PLEASE TAKE NOTICE that on at such date and time as the Court shall determine, the undersigned counsel for Plaintiff shall move before the Honorable Dennis M. Cavanaugh at the United States Post Office and Courthouse Building, Newark, New Jersey, for an Order preliminarily approving the settlement in the above matter, conditionally certifying a settlement class and setting a schedule for final approval of the settlement.

The undersigned intends to rely upon the supporting Brief and the related Declaration of Lindsey H. Taylor.

The undersigned hereby consents to disposition of this motion on the papers in accordance with Fed. R. Civ. P. 78.

                                                        CARELLA, BYRNE, CECCHI,
                                                        OLSTEIN, BRODY & AGNELLO, P.C.
                                                        Attorneys for Plaintiff

                                                        By:   /s/ James E. Cecchi
                                                             JAMES E. CECCHI

Dated: November 25, 2011

Gerald Silk
Mark Lebovitch
Brett M. Middleton
Jeremy Friedman
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

Jay W. Eisenhofer
Michael Barry
Caitlin Moyna
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, Delaware 19801
(302) 622-7000