# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | 5 BECKER FARM ROAD | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | ROSELAND, N.J. 07068-1739 | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | PHONE (973) 994-1700 | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | FAX (973) 994-1744 | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com |  | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III |  | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX |  |  | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON |  |  | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN |  |  | AMANDA J. BARISICH |
|  | G. GLENNON TROUBLEFIELD |  |  | °MEMBER N.Y. BAR ONLY |
|  | BRIAN H. FENLON |  |  |  |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR |  |  |  |
| JOHN G. GILFILLAN III (1936-2008) |  |  |  |  |

November 28, 2011

<u>VIA ECF</u>

Hon. Dennis M. Cavanaugh
United States District Judge
United States Post Office and Courthouse Building
Newark, New Jersey 07101

Hon. Mark Falk
United States Magistrate Judge
United States Post Office and Courthouse Building
Newark, New Jersey 07101

      Re:   Louisiana Municipal Police Employees' Retirement System
              v. Medco Health Solutions
              Civil Action No. 11-4211(DMC)

Dear Judge Cavanaugh and Judge Falk:

      We are co-counsel for plaintiff Louisiana Municipal Police Employees' Retirement System ("Plaintiff") in the above matter. On Friday, November 25, 2011, we filed a Plaintiff's motion for preliminary approval of a settlement class. We have made a small number of corrections to the original proposed Order granting preliminary approval and to the original proposed Notice to the Class. All parties have consented to these changes including where we have identified the quantum of fees and expenses Plaintiff's Lead Counsel will request.

      Based upon the foregoing, we respectfully request that the Court consider these corrected documents with respect to Plaintiff's application.

      Thank you for your attention to this matter. If you have any questions, we are available at your convenience.

                        Very truly yours,

                    CARELLA, BYRNE, CECCHI,
               OLSTEIN, BRODY & AGNELLO, P.C.

                       /s/ James E. Cecchi

                       JAMES E. CECCHI

cc:    All Counsel (via email)