Lindsey H. Taylor
Donald A. Ecklund
Zachary S. Bower
CARELLA, BYRNE, CECCHI
    OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Gerald Silk
Mark Lebovitch
Brett M. Middleton
Jeremy Friedman
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

Jay W. Eisenhofer
Michael J. Barry
Caitlin Moyna
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, Delaware 19801
(302) 622-7000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211(DMC)(MF)<br><br>NOTICE OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

COUNSEL:

PLEASE TAKE NOTICE that on April 16, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Louisiana Municipal Police Employees' Retirement System ("LAMPERS" or "Plaintiff") on behalf of itself and all other similarly situated public shareholders (the "Class") of Medco Health Solutions, Inc., through its counsel Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Bernstein Litowitz Berger & Grossmann LLP, and Grant & Eisenhofer, P.A., will hereby move before the Honorable Dennis M. Cavanaugh, United States

District Judge, at the United States Post Office and Courthouse Building, 50 Walnut Street, Newark, New Jersey 07101, for an order awarding attorneys' fees and expenses.

PLEASE TAKE FURTHER NOTICE that in support of its motion, LAMPERS will rely on Plaintiff's Memorandum in Support of Its Motion for an Award of Attorneys' Fees and Expenses, the Declaration of Lindsey H. Taylor and the exhibits thereto, the Declaration of Guhan Subramanian, responses to objections to this motion, if any, and such additional papers, evidence or argument as may be presented to the Court in support of this motion.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested.

Dated:  March 2, 2012

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Attorneys for Plaintiff


By:   /s/ *Lindsey H. Taylor*
         LINDSEY H. TAYLOR

Of Counsel:

Gerald Silk
Mark Lebovitch
Brett M. Middleton
Jeremy Friedman
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

Jay W. Eisenhofer
Michael J. Barry
Caitlin Moyna
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, Delaware 19801
(302) 622-7000