Joseph P. LaSala
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone: (973) 993-8100
Fax: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc.,
Aristotle Merger Sub, Inc., Aristotle Holding, Inc.
and Plato Merger Sub, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF)<br><br>**CERTIFICATION OF JOSEPH P. LA SALA IN RESPONSE TO NEW JERSEY STATE PLAINTIFFS' MOTION TO INTERVENE AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**HEARING DATE:  APRIL 16, 2012** |

JOSEPH P. LASALA hereby certifies that:

1. I am a member of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendants Express Scripts, Inc., Aristotle Merger Sub, Inc., Aristotle Holding, Inc. and Plato Merger Sub, Inc. (collectively, "Express Scripts") in the above-captioned

2

action.  I submit this Certification in Support of Express Scripts' Response to New Jersey State Plaintiffs' Motion to Intervene and Application for Award of Attorneys' Fees and Expenses.

    2.    I have attached hereto as Exhibit A, *In re Burlington N. Santa Fe S'holder Litig.*, C.A. No. 5043-VCL (Del. Ch. Oct. 28, 2010) (TRANSCRIPT).

    3.    I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2012

                                             */s/ Joseph P. LaSala*
                                               Joseph P. LaSala