UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF) |

**[PROPOSED] ORDER DENYING SEPARATE APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

This matter having been presented to the Court by Lite DePalma Greenberg. LLC, Brodsky & Smith, LLC, Gardy & Notis, LLP, Kantrowitz, Goldhamer & Graifman, P.C., Robbins Umeda LLP, Stull, Stull & Brody, and The Weiser Law Firm, P.C. (collectively "New Jersey Counsel"), on a Motion to Intervene and Application for Award of Attorneys' Fees and Expenses, the Court having reviewed the submissions of the parties, having heard argument of counsel, and for good cause shown,

IT IS HEREBY ORDERED this ___ day of _____, 2012;

The application for a separate award of attorneys' fees and expenses in the amount of $500,000.00 is DENIED.

_____
HON. DENNIS M. CAVANAUGH, U.S.D.J.