Joseph P. La Sala
MCELROY, DEUTSCH, MULVANEY &
  CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Tel.: (973) 993-8100
Fax: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc. and Plato Merger Sub, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC)<br><br>**CERTIFICATE OF SERVICE** |

I, Joseph P. La Sala, Esq., certify that on April 2, 2012, I served true and accurate copies of Express Scripts' Opposition to Plaintiffs' Fee Application, the April 2, 2012 Certification of Joseph P. La Sala, Esq. in Opposition to Plaintiffs' Fee Application, with Exhibits A-II, Proposed Order, Express Scripts' Response to New Jersey State Plaintiffs' Motion to Intervene and Application for an Award of Attorneys' Fees and Expenses, the April 2, 2012 Certification of Joseph P. La Sala, Esq. in Response to New Jersey State Plaintiffs' Motion to Intervene and Application for Award of Attorneys' Fees and Expenses, with Exhibit A, Proposed Order and

this Certificate of Service upon all counsel of record in accordance with the Federal Rules of Civil Procedure and the electronic filing rules of the United States District Court, District of New Jersey.

Dated: April 2, 2012                             <u>*/s/ Joseph P. La Sala*       </u>
                                                 Joseph P. La Sala