Joseph P. LaSala
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone: (973) 993-8100
Fax: (973) 425-0161
Jlasala@mdmc-law.com

*Attorneys for Defendants Express Scripts, Inc.,
Aristotle Merger Sub, Inc., Aristotle Holding, Inc.
and Plato Merger Sub, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF)<br><br>**CERTIFICATION OF JOSEPH P. LA SALA IN OPPOSITION TO PLAINTIFFS' FEE APPLICATION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**HEARING DATE:  APRIL 16, 2012** |

JOSEPH P. LASALA hereby certifies that:

1. I am a member of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendants Express Scripts, Inc., Aristotle Merger Sub, Inc., Aristotle Holding, Inc. and Plato Merger Sub, Inc. (collectively, "Express Scripts") in the above-captioned action.  I submit this Certification in Support of Express Scripts' Opposition to Plaintiffs' Fee Application and its related exhibits.

2.I have attached hereto as Exhibit A, Precedent Delaware Court of Chancery Fee Awards for Similar Therapeutic Benefits.

3.I have attached hereto as Exhibit B, Declaration of Kevin F. Dages with Appendices A-D and Exhibits 1-4 thereto.

4.I have attached hereto as Exhibit C, *In re Alberto-Culver S'holder Litig.*, C.A. No. 5873-VCS (Del. Ch. Feb. 21, 2011) (TRANSCRIPT).

5.I have attached hereto as Exhibit D, *In re Allion Healthcare, Inc. S'holders Litig.*, C.A. No. 5022-CC (Del. Ch. Jan. 19, 2011) (TRANSCRIPT).

6.I have attached hereto as Exhibit E, *In re Atlantic Liberty Fin. Corp. S'holders Litig.*, C.A. No. 1863-CC (Del. Ch. June 30, 2006) (ORDER).

7.I have attached hereto as Exhibit F, *In re Burger King Holdings, Inc. S'holder Litig.*, C.A. No. 5808-VCL (Del. Ch. Jan. 19, 2011) (TRANSCRIPT).

8.I have attached hereto as Exhibit G, *In re Burlington N. Santa Fe S'holder Litig.*, C.A. No. 5043-VCL (Del. Ch. Oct. 28, 2010) (TRANSCRIPT).

9.I have attached hereto as Exhibit H, *In re Celera Corp. S'holders Litig.*, C.A. No. 6304-VCP (Del. Ch. Mar. 23, 2012) (OPINION).

10.I have attached hereto as Exhibit I, *In re Diamond Mgmt. & Tech. Consultants, Inc. S'holder Litig.*, C.A. No. 5765-CC (Del. Ch. May 25, 2011) (TRANSCRIPT).

11.I have attached hereto as Exhibit J, *Duva v. GLG Partners, Inc.*, C.A. No. 5512-VCS (Del. Ch. Jan. 24, 2011) (TRANSCRIPT).

12.I have attached hereto as Exhibit K, *Forgo v. Health Grades, Inc.*, C.A. No. 5716-VCS (Del. Ch. June 29, 2011) (TRANSCRIPT).

13.I have attached hereto as Exhibit L, *Gober v. Cooper*, C.A. No. 4276-CC (Del.

Ch. Nov. 23, 2009) (TRANSCRIPT).

14. I have attached hereto as Exhibit M, *In re Int'l Coal Grp., Inc. S'holders Litig.*, C.A. No. 6464-VCP (Del. Ch. Jan. 30, 2012) (TRANSCRIPT).

15. I have attached hereto as Exhibit N, *In re J. Crew Grp., Inc. S'holders Litig.*, C.A. No. 6043-CS (Del. Ch. Dec. 14, 2011) (TRANSCRIPT).

16. I have attached hereto as Exhibit O, *In re Jaccuzzi Brands, Inc. S'holders Litig.*, C.A. No. 2477-CC (Del. Ch. June 26, 2007) (TRANSCRIPT).

17. I have attached hereto as Exhibit P, *La. Mun. Police Emps.' Ret. Sys. v. Crawford*, C.A. No. 2653-CC (Del. Ch. June 8, 2007) (TRANSCRIPT).

18. I have attached hereto as Exhibit Q, *In re LaBarge Inc. S'holder Litig.*, C.A. No. 6368-VCN (Del. Ch. Jan. 3, 2012) (TRANSCRIPT).

19. I have attached hereto as Exhibit R, *In re Medco Health Solutions, Inc. S'holders Litig.*, C.A. No. 6720-CS (Del. Ch. Aug. 23, 2011) (ORDER).

20. I have attached hereto as Exhibit S, *In re Mediacom Commc'ns Corp.*, C.A. No. 5537-VCS (Del. Ch. June 6, 2011) (TRANSCRIPT).

21. I have attached hereto as Exhibit T, *In re Metals USA, Inc. S'holders Litig.*, C.A. No. 1367-N (Del. Ch. Dec. 22, 2006) (ORDER).

22. I have attached hereto as Exhibit U, *Minard v. Warbug Pincus Private Equity IX, LP*, C.A. No. 4894-VCS (Del. Ch. May 26, 2010) (TRANSCRIPT).

23. I have attached hereto as Exhibit V, *Minneapolis Firefighters' Relief Ass'n v. Amore*, C.A. No. 6175-VCN (Del. Ch. July 25, 2011) (TRANSCRIPT).

24. I have attached hereto as Exhibit W, *Minneapolis Firefighters' Relief Ass'n v. Ceridian Corp.*, C.A. No. 2996-CC (Del. Ch. Feb. 25, 2008) (TRANSCRIPT).

25. I have attached hereto as Exhibit X, *In re Monogram Biosciences, Inc. S'holders Litig.*, C.A. No. 4703-CC (Del. Ch. Jan. 26, 2010) (TRANSCRIPT).

26. I have attached hereto as Exhibit Y, *In re Mossimo, Inc. S'holders Litig.*, C.A. No. 1246-N (Del. Ch. Feb. 22, 2007) (TRANSCRIPT).

27. I have attached hereto as Exhibit Z, *In re Petco Animal Supplies, Inc. S'holders Litig.*, C.A. No. 18056-NC (Del. C. May 15, 2001) (ORDER).

28. I have attached hereto as Exhibit AA, *Plumbers Union Local No. 12, Pension Fund v. Ambassadors Grp. Inc.*, No. CV-09-0214-JLQ (E.D. Wash. Nov. 10, 2011) (ORDER).

29. I have attached hereto as Exhibit BB, *Plumbers Union Local No. 12, Pension Fund v. Ambassadors Grp. Inc.*, No. CV-09-0214-JLQ (E.D. Wash. Nov. 23, 2011) (ORDER).

30. I have attached hereto as Exhibit CC, *Plumbers Union Local No. 12, Pension Fund v. Ambassadors Grp. Inc.*, No. CV-09-0214-JLQ (E.D. Wash. Nov. 30, 2011) (TRANSCRIPT).

31. I have attached hereto as Exhibit DD, *Plumbers Union Local No. 12, Pension Fund v. Ambassadors Grp. Inc.*, No. CV-09-0214-JLQ (E.D. Wash. Dec. 7, 2011) (ORDER).

32. I have attached hereto as Exhibit EE, *In re Pride Int'l, Inc. S'holders Litig.*, C.A. No. 6201-CS (Del. Ch. Nov. 23, 2011) (TRANSCRIPT).

33. I have attached hereto as Exhibit FF, *In re RehabCare Grp., Inc. S'holders Litig.*, C.A. No. 6197-VCL (Del. Ch. Sept. 8, 2011) (TRANSCRIPT).

34. I have attached hereto as Exhibit GG, *In re Schering-Plough/Merck Merger Litig.*, No. 09-CV-1099 (DMC) (D.N.J. Mar. 24, 2010) (TRANSCRIPT).

35. I have attached hereto as Exhibit HH, *In re Se. Pa. Transp. Auth. v. Josey*, C.A. No. 5427-VCP (Del. Ch. Mar. 14, 2011) (TRANSCRIPT).

36. I have attached hereto as Exhibit II, *Smith v. ServiceMaster Co.*, C.A. No. 2924-VCS (Del. Ch. Sept. 29, 2008) (TRANSCRIPT).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2012

             */s/ Joseph P. LaSala*
             Joseph P. LaSala

681693.01-Wilmington Server 1A - MSW