UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF) |

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART
MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

This matter having been presented to the Court by Carella, Byrne, Cecchi Olstein, Brody & Agnello, Grant & Eisenhofer P.A. and Bernstein Litowitz Berger & Grossman LLP, on a Motion for an Order Awarding Attorneys' Fees and Expenses, the Court having reviewed the submissions of the parties, having heard argument of counsel, and for good cause shown,

IT IS HEREBY ORDERED this ___ day of _____, 2012;

1. The Application for an award of $18,000,000 of attorneys' fees, plus out of pocket expenses is DENIED; and

2. The Court will award all counsel representing the class in this case $_____ in attorneys' fees plus reasonable out of pocket expenses of _____.

_____
HON. DENNIS M. CAVANAUGH, U.S.D.J.
