

**EXHIBIT A**

December 29, 2011

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

To the Officials Identified in the Attached Exhibit A:

Re:  Notice of Pendency of Class Action, Proposed Settlement
and Fairness Hearing in *In re Medco/Express Scripts Merger
Litigation*, Civil Action No. 11-4211 (DMC), United States
District Court, District of New Jersey

On behalf of all defendants in the consolidated actions *In re Medco/Express Scripts Merger
Litigation*, Civil Action No. 11-4211 (DMC), before the United States Court for the District of New
Jersey and *In re Medco Health Solutions Inc. Shareholders Litigation*, Civil Action No. 6720-CS,
before the Court of Chancery of the State of Delaware, we are sending the following materials and
giving notice of a proposed settlement pursuant to the notice requirement of the Class Action
Fairness Act, 28 U.S.C. § 1715:

- Exhibit A – Distribution List of Attorneys General

- Exhibit B – Table Listing the States and Territories Together With
the Number of Proposed Class Members Residing Therein

With respect to *In re Medco/Express Scripts Merger Litigation*, 2:11-cv-04211-DMC-MF
(D.N.J.), please find enclosed:
- Complaint, (filed July 22, 2011);

- Amended Complaint, (filed August 5, 2011);

- Consolidation Order, (filed August 17, 2011);

- Order on Oral Motion, (filed August 30, 2011);

- Order Denying Defendants' Motion to Dismiss, (filed September 19, 2011);

- Opinion in Support of Order Denying Defendants' Motion to Dismiss
(filed September 19, 2011);

---

*Berdon Claims Administration LLC*

-2-

- Stipulation of the Parties to the Proposed Settlement (filed November 25, 2011);

- Order Granting Preliminary Approval of the Proposed Settlement, (filed Nov. 28, 2011);

- Amended Order Granting Preliminary Approval of the Proposed Settlement, (filed Dec. 21, 2011);

- Notice of Pendency of Class Action, Proposed Settlement and Fairness Hearing for Mailing to Class Members.

With respect to *re Medco Health Solutions Inc. Shareholders Litigation*, Civil Action No. 6720-CS (Del. Ch.), please find enclosed:

- Complaint, (filed July 27, 2011);

- Order Granting Class Certification, (filed August 23, 2011);

- Consolidated Amended Complaint, (filed October 27, 2011);

- Letter Informing Court of Proposed Settlement, (filed November 29, 2011);

- Supplemental Materials in Support of Letter Informing Court of Proposed Settlement, (filed November 29, 2011).

Sincerely,

Michael Rosenbaum
Managing Director

(Enclosures)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Eric Holder Attorney General of the United States
Office of the Attorney General.
950 Pennsylvania Avenue
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   RECEIVED       ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
        JAN 1 0

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No
            DOJ

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)        7007 1490 0003 0766 5153

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Luther Strange Attorney General of Alabama
Office of the Attorney General
501 Washington Ave, Box 300152
Montgomery AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)        7007 1490 0003 0766 5160

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. John Burns Attorney General of Alaska
Office of the Attorney General
P.O. Box 110300, Diamond Courthouse
Juneau AK 99811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

        JAN 03 2012

   STATE OF ALASKA

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)        7007 1490 0003 0766 5177

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Tom Horne Attorney General of Arizona
Office of the Attorney General
1275 W. Washington St
Phoenix AZ 85007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)   7007 1490 0003 0766 5184

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Dustin McDaniel Attorney General of Arkansas
Office of the Attorney General
200 Tower Bldg., 323 Center Street
Little Rock AR 72201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                1-9-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)   7007 1490 0003 0766 5191

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Kamala Harris Attorney General of California
Office of the Attorney General
1300 I Street, Suite 1740
Sacramento CA 95814

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)   7007 1490 0003 0766 5207

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. John Suthers Attorney General Colorado
Office of the Attorney General
1525 Sherman Street 5th Floor
Denver CO 80203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JAN

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7007 1490 0003 0766 5214

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. George Jepsen Attorney General Connecticut
Office of the Attorney General
55 Elm Street
Hartford CT 6141

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
   1/5/12

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7007 1490 0003 0766 5221

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Joseph R. Biden, III Attorney General Delaware
Office of the Attorney General
820 N. French Street
Wilmington DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7007 1490 0003 0766 5238

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Hon. Irvin Nathan Attorney General of the District of
Columbia
Office of the Attorney General
1350 PA Ave, NW Suite 409
Washington DC 20009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. P. Moore
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
A. P. Moore    1-5-12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0005 0742 9448

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Hon. Pam Bondi Attorney General of Florida
Office of the Attorney General
The Capitol, PL 01
Tallahassee FL 32399

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RECEIVED

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  7: 59 ☐ No
ATTORNEY GENERAL'S OFFICE

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0005 0742 9455

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Hon. Sam Olens Attorney General of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta GA 30334

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
03 12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7009 2820 0004 0232 6074

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. David Louie Attorney General of Hawaii
Office of the Attorney General
425 Queen Street
Honolulu HI 96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
A Hunter

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JAN 06 2011

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2820 0004 0232 6081

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Lawrence Wasden Attorney General of Idaho
Office of the Attorney General
Statehouse, 700 W. Jefferson St.
Boise ID 83720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                 ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 1-4-02

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2820 0004 0232 6098

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Lisa Madigan
Attorney General of Illinois
Office of the Attorney General
100 W. Randolph Street
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
RECEIVED
X ATTORNEY GENERAL  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JAN 23 2012

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No
   MAILROOM

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2820 0004 0232 6241

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X SPayne                ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Stephanie Payne   01.03.12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Hon. Greg Zoeller
Attorney General of Indiana
Office of the Attorney General
302 West Washington Street, 5th Fl
Indianapolis, IN, 46204

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0004 0232 6258

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X FLEET AND MAIL SVC.          ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JAN - 3 2012

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Hon. Tom Miller
Attorney General of Iowa
Office of the Attorney General
1305 E Walnut
Des Moines, IA, 50319

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0004 0232 6265

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Kayla Smith          ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Kayla Smith   11/4/12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☑ No

1. Article Addressed to:

Hon. Derek Schmidt
Attorney General of Kansas
Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS, 66612

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0004 0232 6272

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Jack Conway
Attorney General of Kentucky
Office of the Attorney General
700 Capitol Avenue, Capitol
Building, Suite 118
Frankfort, KY, 40601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kyle Wilson_  ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)  KYLE WILSON   C. Date of Delivery
   JAN 0 3 2012   RECD   JAN   3 2012

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2820 0004 0232 6289

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. James D. Caldwell
Attorney General of Louisiana
Office of the Attorney General
P.O. Box 94095, Livingston Bldg.
Baton Rouge, LA, 70805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Antoinette Pierre_  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Antoinette Pierre

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2820 0004 0232 6296

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. William J. Schneider
Attorney General of Maine
Office of the Attorney General
State House 6
Augusta, ME, 04333

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent
    ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   01-03-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   STATE POSTAL CENTER
   88 STATE HOUSE STATION
   AUGUSTA ME 04333-0088

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 2820 0004 0232 6302

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Douglas F. Gansler
Attorney General of Maryland
Office of the Attorney General
200 St. Paul Place
Baltimore, MD, 21202

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery
1-3-2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
(*Transfer from service label*)     7009 2820 0004 0232 6319

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Martha Coakley
Attorney General of Massachusetts
Office of the Attorney General
1 Ashburton Place
Boston, MA, 02108

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
Nestor Morales
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED JAN 0 3 2012

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
(*Transfer from service label*)     7009 2820 0004 0232 6326

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Bill Schuette
Attorney General of Michigan
Office of the Attorney General
P.O. Box 30212 525 W. Ottawa St
Lansing, MI, 48909

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
(*Transfer from service label*)     7009 2820 0004 0232 6333

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Lori Swanson
Attorney General of Minnesota
Office of the Attorney General
State Capitol, Suite 102
St. Paul, MN, 55155

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   JAN 0 4 2012   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0004 0232 6340

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Jim Hood
Attorney General of
Mississippi
Office of the Attorney General
550 High Street, Ste 1200, PO Box 220
Jackson, MS, 39201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Danny Reah ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Danny Reah   1-3-12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0004 0232 6357

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Chris Koster
Attorney General of Missouri
Office of the Attorney General
Supreme Court Bldg., 207 W.
High Street
Jefferson City, MO, 65101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 0 3 2012

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0004 0232 6364

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Mary R Cather* ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* *Mary Washank*   C. Date of Delivery 1/3/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Steve Bullock
Attorney General of Montana
Office of the Attorney General
Justice Bldg., 215 N. Sanders
Helena, MT, 59620

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7009 2820 0004 0232 6371

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**...DER:** *COMPLETE THIS SECTION*

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Landen Krahe* ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* *Landen Krahe*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 3 2012 LINCOLN HOUSE STATION

1. Article Addressed to:

Hon. Jon Bruning
Attorney General of Nebraska
Office of the Attorney General
P.O. 98920, 2115 State Capitol
Lincoln, NE 68509

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7009 2820 0004 0232 6210

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
JAN 0 3 2012
ATTORNEY GENERAL
MAILROOM

1. Article Addressed to:

Hon. Catherine Cortez Masto
Attorney General of Nevada
Office of the Attorney General
Old Supreme Court Bldg, 100 N. Carson St.
Carson City, NV 89701

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7009 2820 0004 0232 6227

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. Stevens
☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  JAN 03 2012

D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Michael Delaney
Attorney General of New Hampshire
Office of the Attorney General
State House Annex,
33 Capitol Street
Concord, NH 03301

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2820 0004 0232 6234

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

STATE OF N.J.

1. Article Addressed to:

Hon Jeffrey S. Chiesa
Attorney General of New Jersey
Office of the Attorney General
PO Box 080
Trenton, NJ 08625-0080

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2820 0004 0232 6203

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  1/4/11

D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Gary King
Attorney General of New Mexico
Office of the Attorney General
Villagra Building,
408 Galisteo St, PO Box 629
Santa Fe, NM 87504

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0005 0735 8328

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
RECEIVED
NYS OFFICE OF THE ATTORNEY GENERAL
JAN 3 2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OFFICE OF LEGAL RECORDS
ALBANY, NEW YORK 12224

1. Article Addressed to:

Hon. Eric Schneiderman
Attorney General of New York
Office of the Attorney General
Dept. of Law - The Capitol, 2nd Floor
Albany, NY 12224

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 0742 9608

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Roy Cooper
Attorney General of North Carolina
Office of the Attorney General
P.O. Box 629, (114 West Edenton St.
Raleigh, NC 27602

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 0742 9615

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Sandra Barbie ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Sandra Barbie   1/3/2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Wayne Stenehjem
Attorney General of North Dakota
Office of the Attorney General
State Capitol, 600 E. Boulevard Ave.
Bismark, ND 58505

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 0735 8298

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Mike Dewine
Attorney General of Ohio
Office of the Attorney General
State Office Tower
30 E. Broad St. - 14th Fl.
Columbus, OH 43266

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JAN 3 - 2012

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)      7005 1820 0005 0735 8304

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Scott Pruitt
Attorney General of Oklahoma
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  1/3/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)      7005 1820 0005 0735 8274

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. John Kroger
Attorney General of Oregon
Office of the Attorney General
Justice Bldg, 1162 Court St NE
Salem, OR 97301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  1- 3 -12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)      7005 1820 0005 0735 8335

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

JAN 0 3 2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Linda kelly
Attorney General of Pennsylvania
Office of the Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 0736 2516

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X RECEIVED  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
JAN 3 2011

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
DEPARTMENT OF
ATTORNEY GENERAL

1. Article Addressed to:

Hon. Peter Kilmartin
Attorney General of Rhode Island
Office of the Attorney General
150 S. Main Street
Providence, RI 02903

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 0742 9653

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Alan Wilson
Attorney General of S. Carolina
Office of the Attorney General
Rembert C. Dennis Office Bldg.
PO 11549
Columbia, SC 29201

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 0736 2270

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Marty J. Jackley
Attorney General of South Dakota
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre SD 57501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Beckie Riding

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 0735 8250

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Robert E Cooper, Jr.
Attorney General of Tennessee
Office of the Attorney General
425 5th Avenue North
Nashville, TN 37243

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Randy E Stay ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
K. Haynes   1/3/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 2260 0006 7551 2716

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Greg Abbott
Attorney General of Texas
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED IN MAILCENTER

JAN 03 2012

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 2260 0006 7551 2723

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Mark Shurtleff
Attorney General of Utah
office of the Attorney General
State Capitol, Rm 236
Salt lake City VT 84114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Received JAN 03 2012

State Mail & Distribution Svcs

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0006 7551 2730

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. William H. Sorrel
Attorney General of Vermont
Office of the Attorney General
109 State street
Montpelier, VT 05609

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Timothy Plastridge DEC 3 1 2011

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0006 7551 2747

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Ken Cuccinelli, II
Attorney General of Virginia
Office of the Attorney General
900 East Main street
Richmond, VA 23219

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
RECEIVED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
OFFICE OF THE ATTORNEY GENERAL
ADMINISTRATION DIVISION

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0006 7551 2754

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Rob. McKenna
Attorney General of Washington
Office of the Attorney General
1125 Washington St. SE, P.O. Box 40100
Olympia, WA 98504

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
JAN 03 2012
B. Received by ( Printed Name )   C. Date of Delivery

Department of General Administration
Consolidated Mail Services
P O Box 41050
Olympia, WA 98504-1050

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0006 7551 2761

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Darrell V. McGraw Jr.
Attorney General of West Virginia
Office of the Attorney General
State Capitol, 1900 Kanawha Blvd. E.,
Charleston WV 25305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kathy L. Thomas ☐ Agent ☐ Addressee
B. Received by (Printed Name)   JAN 03 2012   Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0006 7551 2778

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. J.B. Van Hollen
Attorney General of Wisconsin
Office of the Attorney General
114 East State Capitol, P.O.Box 7857
Madison WI 53707

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Basil L. Rudy ☐ Agent ☐ Addressee
B. Received by ( Printed Name ) BASIL L. Rudy   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0006 7551 2785

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Hon Greg Phillips
Attorney General of Wyoming
Office of the Attorney General
State Capitol Building
Cheyenne WY 82002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          □ Agent
                                           □ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
                                 JAN 0 3 2012
D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.
4. Restricted Delivery? (Extra Fee)              □ Yes

2. Article Number
   (Transfer from service label)     7005 1820 0005 0736 2288

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Hon. Fepulea'i Afa Ripley Jr.
Attorney General of American Somoa
American Somoa Gov't
A.P. Lutali Executive Office Bldg
Pago Pago AS 96799

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          □ Agent
                                           □ Addressee
B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.
4. Restricted Delivery? (Extra Fee)              □ Yes

2. Article Number
   (Transfer from service label)     7009 2820 0004 0232 6166

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 If Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Hon. Lenny Rapadas
Attorney General of Guam
Office of the Attorney General
287 West O'Brien Drive
Hagatna Guam 96910

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          □ Agent
                                           □ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
Janett T. Gozalo                 01-06-2012
D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.
4. Restricted Delivery? (Extra Fee)              □ Yes

2. Article Number
   (Transfer from service label)     7009 2820 0004 0232 6180

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Ivan Marces slu   06.09.12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Edward T. Buckingham
Attorney General of the Northern Mariana Islands
Office of the Attorney General
Administration, building, P.O. Box 10007
Saipan, MP 96950

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7009 2820 0004 0232 6197

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Marchrine Sato ucin

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Hon. Ernestine K. Rengiil
Attorney General for Palau
Office of the Attorney General
P.O. Box 1365
Koror PW 96940

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7003 2260 0006 7551 2792

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received DEPTO. DE JUSTICIA Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
Jorge Ginora

1. Article Addressed to:

Hon. Guillermo Somoza-Colombani
Attorney General of Puerto Rico
Office of the Attorney General
GPO Box 902192
San Juan, PR 00902

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7003 2260 0006 7551 2808

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Vincent Frazer
Attorney General of the
US Virgin Islands
office of the Attorney General
Dept. of Justice, GERS Complex   488-506
Kronprins dens Gade
St. Thomas, VI 00802

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Andrea Ifeld

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7003 2260 0006 7551 2822

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lee C. Bollinger
Chairman
Federal Reserve Bank of NY
33 Liberty Street
New York, NY 10045

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☑ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7003 2260 0006 7551 2839

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alfredo Padilla
office of the Commissioner
of Financial Institutions
P O Box 11855
San Juan, PR 00910-3855

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
1/4/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JAN - 4 2012

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7003 2260 0006 7551 2846

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540