James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
Zachary S. Bower
CARELLA, BYRNE, CECCHI
    OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Civil Action No. 11-4211(DMC)(MF) |
| MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | **CERTIFICATE OF SERVICE** |

I certify that I caused copies of the following papers to be electronically filed today in the above captioned litigation and served via the Court's ECF system upon all persons who have entered an appearance in this matter:

1. Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement;

2. Certificate of Service.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
*Attorneys for Plaintiff*

Dated:  April 2, 2012                    By:___/s/ *James E. Cecchi*_____
                                              JAMES E. CECCHI