**MARINO, TORTORELLA & BOYLE, P.C.**
ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA*†
JOHN A. BOYLE*
ROSEANN BASSLER DAL PRA*

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425

* ALSO ADMITTED IN NEW YORK
† ALSO ADMITTED IN PENNSYLVANIA
kmarino@khmarino.com

April 2, 2012

**VIA ECF AND FEDERAL EXPRESS**

Hon. Dennis M. Cavanaugh, U.S.D.J.
United States Post Office and Courthouse Building
Federal Square, Courtroom 4
Newark, New Jersey 07101

Re:   In re: Medco/Express Scripts Merger Litigation
      Civil Action No. 11-4211 (DMC)

Dear Judge Cavanaugh:

Together with Sullivan & Cromwell LLP, our firm represents Medco Health Solutions, Inc. and the individual defendants (collectively, "Medco") in this matter.

On behalf of Medco, we write to join in the legal analysis and conclusions set forth in Express Scripts' Opposition to Plaintiffs' Fee Application, which Express Scripts filed earlier today. As the legal precedents cited by Express Scripts make clear, the $18,000,000 award Plaintiffs seek would substantially overcompensate Plaintiffs' counsel both for the work they performed and the benefit they conferred upon Medco's shareholders through this litigation. For these reasons, Medco respectfully submits that any legal fee the Court awards Plaintiffs' counsel should not exceed $700,000.

Thank you for your consideration of this submission.

Respectfully yours,

*[signature]*

Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425

*Attorneys for Defendant Medco Health Solutions, Inc.*

OF COUNSEL:

John L. Hardiman
Brian T. Frawley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588