```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS


NEWARK                                       DATE: 16 April 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan


Title of Case:                          Docket 11cv4211

Louisiana Municipal Police v. Medco Health Solutions, et al

Appearances:

P    James Cecchi, Michael Barry & Mark Lebovitch
D    Joseph LaSala, Kevin Marino, Edward Welch & Ed Micheletti
I    Joseph DePalma

Nature of proceedings:

Fairness Hrg. Conducted for Final approval of settlement
Court concluded that proposed settlement is fair and reasonable
Order approving Judgment to be filed
Counsel advised court that the Intervening motion and fee
application is being withdrawn
Parties advised court that they reached agreement on an award of
fees.
OTBS.



Time Commenced      10:15
Time Adjourned      11:00



cc: chambers                              Scott P. Creegan
                                          Deputy Clerk
```