NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Medco/Express Scripts Merger | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action 2:11-cv-4211 (DMC)(MF) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter having come before the Court upon the Motion of Plaintiff Louisiana Municipal Police Employees' Retirement System ("LMPERS" or "Plaintiff"), on behalf of itself and all other similarly situated shareholders of Medco Health Solutions, Inc. ("Medco"), for Final Approval of Class Action Settlement, and upon and upon Plaintiff's Motion for Attorneys' Fees (ECF No. 94, 99, 106), and the Court having considered the submissions of the parties, and based upon the Fairness Hearing conducted before the Court on April 16, 2012, and upon the Court's Opinion filed this day;

IT IS this 18 day of April, 2012

**ORDERED** that Plaintiff's Motion for Final Approval of the Class Action Settlement is **granted**; and it is further

**ORDERED** that Plaintiff's Motion for an Award of Attorneys' Fees is **granted**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Orig.:    Clerk
cc:       All Counsel of Record
          Hon. Mark Falk, U.S.M.J.
          File