UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MEDCO/EXPRESS SCRIPTS MERGER LITIGATION | Civil Action No. 11-4211 (DMC) (MF) |

**STIPULATION AND AGREEMENT TO DISMISS PENDING INTERLOCUTORY APPEAL PURSUANT TO RULE 42(a) OF THE FEDERAL RULES OF APPELLATE PROCEDURE**

WHEREAS, Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc., Plato Merger Sub, Inc., Medco Health Solutions, Inc., David B. Snow, Jr., Michael Goldstein, Howard W. Barker, Jr., John L. Cassis, Charles M. Lillis, Myrtle Potter, William L. Roper, David D. Stevens, and Blenda J. Wilson (the "Defendants"), and Plaintiffs, by their undersigned attorneys as set forth below, constituting all of the parties (the "Parties") to the above-captioned action (the "Action"), pursuant to Rule 42(a) of the Federal Rules of Appellate Procedure, hereby stipulate and agree to dismiss the pending interlocutory appeal petition filed on October 31, 2011, in the United States Court of Appeals for the Third Circuit (the "Appeal");

WHEREAS, the Defendants filed a Petition for Permission to Appeal under 28 U.S.C. § 1292(b) in the United States Court of Appeals for the Third Circuit on or about October 31, 2011;

WHEREAS, on November 7, 2011, the Parties entered into a Memorandum of Understanding in which the Parties agreed in principle to settle the Action (the "MOU");

WHEREAS, on November 7, 2011, as contemplated in the MOU, the Parties notified this Court and the United States Court of Appeals for the Third Circuit of the MOU, and sought a stay of all proceedings in the United States Court of Appeals for the Third Circuit pending settlement of the Action;

WHEREAS, on November 25, 2011, the Parties entered into a Stipulation and Agreement of Compromise, Settlement and Release, providing for, among other things, the settlement and dismissal of the Action as well as the related case captioned *In re Medco Health Solutions Inc. Shareholders Litigation*, C.A. No. 6720-CS pending before the Delaware Court of Chancery, and release of all claims asserted in both actions, and dismissal of the Appeal;

WHEREAS, on April 16, 2012, the Court held a settlement hearing;

WHEREAS, on April 18, 2012, the Court approved the Settlement and entered a Final Order and Judgment dismissing the Action;

WHEREAS, the United States Court of Appeals for the Third Circuit has not entered an order pursuant to Federal Rule of Appellate Procedure 5(d) granting permission to appeal and as a result an appeal in this action has not been docketed by the Clerk of the Court of Appeals;

WHEREFORE, the Parties hereby stipulate and agree that the Appeal should be dismissed without costs forthwith.

SO STIPULATED AND AGREED THIS 20TH DAY OF APRIL 2012:

/s/ *James E. Cecchi*
James E. Cecchi
Lindsey Taylor
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700


OF COUNSEL:

Gerald Silk
Mark Lebovitch
Brett M. Middleton
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 554-1400

Jay W. Eisenhofer
Michael J. Barry
Caitlin Moyna
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 622-7000

*Attorneys for Plaintiffs in the District Court Action*

/s/ *Joseph P. LaSala*
Joseph P. LaSala
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Tel: (973) 993-8100
Fax: (973) 425-0161
Jlasala@mdmc-law.com

OF COUNSEL:

Edward P. Welch
Edward B. Micheletti
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel: (302) 651-3000
Fax: (302) 651-3001

*Attorneys for Defendants Express Scripts, Inc., Aristotle Holding, Inc., Aristotle Merger Sub, Inc. and Plato Merger Sub, Inc.*

/s/ *Kevin H. Marino*
Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com

3

OF COUNSEL:

John L. Hardiman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
hardimanj@sullcrom.com

*Attorneys for Defendants Medco Health Solutions, Inc., David B. Snow, Jr., Michael Goldstein, Howard W. Barker, Jr., John L. Cassis, Charles M. Lillis, Myrtle Potter, William L. Roper, David D. Stevens, and Blenda J. Wilson*

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.

4/25/12